## DARNELL v. DEPT. OF TRANSPORTATION

No. 41 PC.

Case below: 30 N.C. App. 328.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976.

## FOWLER v. McLEAN

No. 51 PC.

Case below: 30 N.C. App. 393.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976.

## HADDOCK v. SMITHSON

No. 31 PC.

Case below: 30 N.C. App. 228.

Petition by defendants Smithson and Moore-King-Sullivan for discretionary review under G.S. 7A-31 denied 5 October 1976.

## HILL v. PARRISH

No. 50 PC.

Case below: 30 N.C. App. 405.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976.

## HOUSE OF CHEESE v. BD. OF TRADE

No. 37 PC.

Case below: 30 N.C. App. 259.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 October 1976.